1
2
3
4
5
6

7 UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9
10  SHUO FENG, *et al.*,                    Case No. 2:25-cv-00865-RSM

11                       Plaintiffs,        STIPULATED MOTION TO DISMISS
         v.                                 AND ORDER
12  MARCO RUBIO, *et al.*,

13                       Defendants.

14

15   Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of
16 this case without prejudice, with each party to bear their own costs.  Plaintiffs brought this
17 litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to
18 compel Defendants to readjudicate Plaintiff's nonimmigrant visa application. The visa has been
19 issued, and this case is now moot.

20 //

21

22 //

23

24 //

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00865-RSM] - 1

1     DATED this 25th day of July, 2025.

2 Respectfully submitted,

3 TEAL LUTHY MILLER      MENG LAW GROUP, PC
Acting United States Attorney

*s/ Michelle R. Lambert*      *s/ Xiaojie Meng*
MICHELLE R. LAMBERT, NYS #4666657      XIAOJIE MENG, CA #287324
Assistant United States Attorney      Meng Law Group, PC
United States Attorney's Office      800 S Barranca Ave Ste 328
Western District of Washington      Covina, CA 91723
1201 Pacific Avenue, Suite 700      Phone: 626-339-9363
Tacoma, Washington 98402      Email: xmeng@menglawgrp.com
Phone: (253) 428-3824
Fax: (253) 428-3826      GIBBS HOUSTON PAUW
Email: michelle.lambert@usdoj.gov

*s/ Adam Boyd*
*Attorneys for Defendants*      ADAM BOYD, WSBA #49849
Gibbs Houston Pauw
*I certify that this memorandum contains 63*      1000 Second Ave Ste 1600
*words, in compliance with the Local Civil*      Seattle, WA 98104
*Rules.*      Phone: 206-708-8744
Email: adam.boyd@ghp-law.net

*Attorneys for Plaintiffs*

**ORDER**

The case is dismissed without prejudice and with each party to bear their own costs and fees. It is so **ORDERED**.

DATED this 25th day of July, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE